## WATCH HILL FIRE DISTRICT

v.

## Anthony GIORDANO et al.

### No. 79–125–M.P.

Supreme Court of Rhode Island.

June 11, 1981.

Edwards & Angell, Timothy T. More, Providence, for petitioner.

John J. Gentile, Jr., Westerly, for respondents.

## ORDER

This case is assigned to the *show cause* calendar.

The petitioner is directed to appear on the assigned date and show cause why this

petition should not be denied and dismissed on the basis of petitioner's apparent lack of standing to appeal the zoning board's decision.